United States District Court
Southern District of Texas
**ENTERED**
July 26, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| 20100 Eastex, LLC, | § |
| Plaintiff. | § § § |
| V. | §  CIVIL ACTION NO. 4:20-cv-01347 |
| SALTGRASS, INC., | § § § |
| Defendant. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On June 2, 2022, all pretrials matter in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 46. Judge Edison filed a Memorandum and Recommendation on July 7, 2023, recommending that Plaintiff's First Amended Motion for Partial Summary Judgment on Declaratory Relief Claims (Dkt. 57) be denied, and Defendant's Motion for Summary Judgment (Dkt. 58) be granted. Dkt. 64.

On July 21, 2023, Plaintiff filed its objections. Dkt. 65. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 64) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's First Amended Motion for Partial Summary Judgment on Declaratory Relief Claims (Dkt. 57) is **DENIED**; and

(3) Defendant's Motion for Summary Judgment (Dkt. 58) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 26th day of July 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE