United States District Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 20100 EASTEX, LLC, § § Plaintiff. § § v. § § SALTGRASS, INC., § § Defendant. § | CIVIL ACTION NO. 4:20-cv-01347 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 2, 2022, all pretrial matters were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 46. Judge Edison filed a Memorandum and Recommendation on July 21, 2025, recommending that Defendant Saltgrass, Inc.'s Motion for Summary Judgment (Dkt. 96) be **GRANTED**. *See* Dkt. 101.

On August 4, 2025, Plaintiff 20100 Eastex, LLC filed its Objections. *See* Dkt. 102. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 101) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment (Dkt. 96) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on August 21, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE