United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| 20100 EASTEX, LCC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-CV-01347 |
| | § | |
| SALTGRASS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 2, 2022, all pretrial matters were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 46. Judge Edison filed a Memorandum and Recommendation on September 23, 2026, recommending that Defendant Saltgrass, Inc.'s Motion for Appellate Attorneys' Fees (Dkt. 120) be **GRANTED**. Dkt. 122.

On October 7, 2026, Plaintiff 20100 Eastex, LLC filed its Objections. Dkt. 123. Plaintiff argues that the Court incorrectly disregarded the State Bar of Texas's 2025 Income and Hourly Rate Report ("Hourly Rate Report") and that the Court did not, in accordance with the Hourly Rate Report, recommend reducing the billing rates charged by Defendant's counsel to a "more reasonable rate." *Id.* at 1–2.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 122) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Appellate Attorneys' Fees (Dkt. 120) is **GRANTED**; and

(3) Plaintiff shall pay Defendant's reasonable and necessary appellate attorneys' fees in the amount of $38,410.50.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 19, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE